UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

FILED
NOV 27 2013
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

Richard M. O'Donnell )
_____ )
_____ )
_____ )
               *Plaintiff*   )
              v.             )   Case Number: _13-cv-1238-DRH-PMF_
United States                )   (Clerk's Office will provide)
Internal Revenue Service     )
Social Security Administration )
_____ )
               *Defendant(s)* )

## PRO SE CIVIL RIGHTS COMPLAINT
### (Non-Prisoner)

I. **JURISDICTION**

Subject matter jurisdiction is invoked under 28 U.S.C. § 1331, 28 U.S.C. § 1343(a)(3), and/or 42 U.S.C. § 1983. List any additional bases for federal subject matter jurisdiction here:

42 U.S.C. § 407 and 44 U.S.C. § 1507

II. **PARTIES**

**Plaintiff:**

A. Plaintiff, a citizen of _Illinois_ (state), who resides at _Marion, Illinois_, alleges that his/her civil rights were violated by the individual(s) named below.

**Defendant #1:**

B. Defendant _United States_ is employed as
   (a)   (Name of First Defendant)
   _Government_
   (b)   (Position Title)

(10/2010)

with _____United States_____
        (c)   (Employer's Name and Address)

Washington, D.C.

At the time the claim(s) alleged this complaint arose, was Defendant #1 employed by the state, local, or federal government? ☑ Yes ☐ No

If your answer is YES, briefly explain:

The United States is the federal government.

Check one of the following:

☑ This defendant **personally participated** in causing my injury, and I want **money damages**.

☑ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something).


**Defendant #2:**

C. Defendant _Internal Revenue Service_ is employed as
    (Name of Second Defendant)

Federal Agency
   (Position Title)

with _____United States_____
   (Employer's Name and Address)

Washington, D.C.

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government? ☑ Yes ☐ No

If you answer is YES, briefly explain:

The Internal Revenue Service is a federal agency.

Check one of the following:

☑ This defendant **personally participated** in causing my injury, and I want **money damages**.

☑ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something).

(10 2010)

**Defendant #3:**

D.  Defendant  Social Security Administration  is employed as
     (Name of Third Defendant)

   Federal Agency
   (Position Title)

   with  United States
         (Employer's Name and Address)
         Washington, D.C.

At the time the claim(s) alleged in this complaint arose, was Defendant #3 employed by the state, local, or federal government?  ☑ Yes  ☐ No

If you answer is YES, briefly explain:

The Social Security Administration is a federal agency.

Check one of the following:

☑ This defendant **personally participated** in causing my injury, and I want **money damages**.

☑ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something).

**Additional Defendant(s) (if any):**

E.  Using the outline set forth above, identify any additional Defendant(s), using additional pages, if necessary.

(10 2010)

## III. PREVIOUS LAWSUITS

A. Have you begun any other lawsuits in this federal court?
☑ Yes ☐ No

B. If your answer to "A" is YES, describe each lawsuit in the space below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline.

1. Parties to previous lawsuits:

    Plaintiff(s): Richard M. O'Donnell

    Defendant(s): United States of America
    Internal Revenue Service (IRS)
    Victor R. Pagan, Revenue Officer, (IRS)

2. Case number: 12-1134

3. Name of Judge to whom case was assigned:
    Honorable J. Phil Gilbert

4. Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?):

    Pending

(10 2010)

## IV. STATEMENT OF CLAIM

State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege several related claims, number and set forth each claim in a separate paragraph.

1. In December 2011, plaintiff received a letter from the Social Security Administration (SSA) in Birmingham, Alabama (See Exhibit 1). The letter stated "The Internal Revenue Service(IRS) has asked us to take money from your Social Security payments because you owe them money." and "The Internal Revenue Service (IRS) will take part of your Social Security benefits because you owe them money. The IRS calls this action a Notice of Levy." Plaintiff was not provided with a copy of the Notice of Levy. About a month later and after written request, plaintiff received a copy of the Notice of Levy that is in fact a "Notice of Levy on Wages, Salary, and Other Income" (See Exhibit 2). Along with the copy was another letter (See Exhibit 3) from the SSA Official in Birmingham explaining how the SSA operates, "When Social Security receives a notice of levy from the IRS requesting that we levy a beneficiary's benefits,- - - -" The Revenue Officer served a "Notice of Levy on Wages, Salary, and Other Income" on the SSA. This levy does not request or even mention any Social Security benefits or beneficiary's benefits and can only apply to the wages, salary, or income of a SSA employee. This levy could not apply to the Social Security benefits of anyone regardless of their employment with the SSA or otherwise. It is a fact that plaintiff's monthly payments from the SSA cannot be both Social Security benefits and wages at the same time and can only be one or the other. This fact indicates that in effect, the SSA stopped paying plaintiff's Social Security benefits in December 2011 and all monthly payments since then have been wages. Plaintiff has not performed any services to earn these wages but the payments have got to be wages because the SSA is taking over half of each monthly payment with a levy that can only apply to the wages, salary, or income of an employee. Regardless of any wages paid to the plaintiff or to the IRS, the SSA continues to owe plaintiff a full Social Security Benefit ($1,631.00) for the month of December 2011 and for every month thereafter. Plaintiff's lawful right to receive his full Social Security benefit has been violated.

Page 1

(10/2010)

2. In January 2012, the Revenue Officer mailed a "Notice of Levy" to plaintiff's defined benefit pension plan in Los Angeles, California. Plaintiff is named as the taxpayer on that levy (See Exhibit 4). The "Notice of Levy" does not have a recurring month to month effect and attaches only once, at the time it is served and it expires immediately after being served. For reasons unknown to plaintiff, the pension plan worker that processed the levy decided to apply it to plaintiff's pension benefits every month until April 2029. A letter (See Exhibit 5) was then mailed to the Revenue Officer informing him of the intentions of the pension plan as a result of his levy. The Revenue Officer did not respond to that informing letter and continued taking plaintiff's pension benefits for seven months before plaintiff could convince the pension plan administrators that there was no active levy. The "Notice of Levy" was served under the color of law but after it was served, even the pretense of a lawful levy expired. Plaintiff's pension benefits were taken and kept without any lawful authority, real or pretended.

3. In February 2012, the Revenue Officer mailed a "Notice of Levy on Wages, Salary, and Other Income" to plaintiff's defined benefit pension plan

Page 2

in Anchorage, Alaska. Plaintiff is named as the taxpayer on that document (See Exhibit 6). The Alaska Electrical Pension Fund is not a government entity and has never been plaintiff's employer. Plaintiff has never performed any services as the employee of this fund and has never been paid any wages, salary, or income by this fund. The "Notice of Levy on Wages, Salary, and Other Income" was not served according to the requirements of the Internal Revenue Code and applicable regulations for such service. The result of this failure to conform to the lawful requirements for the service of the levy has been the taking of plaintiff's pension benefits under the color of law.

4. In February 2012, the Revenue Officer mailed a "Notice of Levy on Wages, Salary, and Other Income" to the National Electrical Benefit Fund (NEBF) in Rockville, Maryland. Plaintiff is named as the taxpayer on that document (See Exhibit 7). The NEBF is not a government entity and has never been plaintiff's employer. Plaintiff has never performed any services as an employee of the NEBF and has never been paid any wages, salary, or income as a NEBF employee. The service of this levy does not conform to the requirements of the Internal Revenue Code and applicable regulations. The "Notice of Levy on Wages, Salary, and Other Income" is not valid as served, plaintiff's pension benefits have been taken under the color of law.

5. Each "Notice" (levy) being used by the IRS against the plaintiff includes the date it was issued. The dates on these "Notices" (See Exhibits 2,4,6,& 7) indicate that all four were issued prior to the required document, authorizing the IRS to issue the "Notice", was filed in the Office of the Federal Register. The result of this premature service is the lack of general applicability and legal effect required for the "Notices" to be valid against the plaintiff. This means plaintiff's pensions and Social Security benefits have been taken under the color of law, resulting in his Fourth and Fifth Amendment Rights under the Constitution of the United States of America being violated.

6. This is a summary of plaintiff's benefits that have been taken under the Color of law.

| | | |
|---|---|---|
| Social Security benefits | $1,631.00 X 24 months= | $39,144.00 |
| California pension | 1,080.00 X  7 months= | 7,560.00 |
| Alaska pension | 796.00 X 22 months= | 17,512.00 |
| NEBF pension | 285.00 X 21 months= | 5,985.00 |
| Subtotal | | $70,201.00 |
| Less wages from SSA | 791.00 X 24 months= | 18,984.00 |
| TOTAL | | $51,217.00 |

**V.    REQUEST FOR RELIEF** (*check as many boxes as appropriate*)

Plaintiff requests that the court grant the following relief:

Compensatory damages in the amount of $ 51,200.00               .

Punitive damages in the amount of $                             .

An ordering requiring defendant(s) to:
Release all liens and levies, return all of plaintiff's money that has been taken with any levy. Release all tax refunds. Refund plaintiff's court cost.

A declaration that:
I declare under penalty of perjury under the laws of the United States of America that the foregoing, to the best of my knowledge, is true and correct.

Other:

**VI.   JURY DEMAND** (*check one box below*)

Plaintiff ◯ does or ⦿ does not request a trial by jury.

### DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on: November 26, 2013
    (date)

*RM O'Donnell*
Signature of Plaintiff

2903 Edgewood Park
    Street Address

Richard M. O'Donnell
Printed Name

Marion, Illinois   62959
    City, State, Zip

618 751 0808

(10 2010)