UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

RICHARD M. O'DONNELL,

    Plaintiff,

        v.

UNITED STATES OF AMERICA,
INTERNAL REVENUE SERVICE and
SOCIAL SECURITY ADMINISTRATION,

    Defendants.

Case No. 13-cv-1238-JPG-PMF

**MEMORANDUM AND
ORDER TO SHOW CAUSE**

    This matter comes before the Court on the motion to dismiss for lack of jurisdiction filed by the defendant United States of America (Doc. 9), which was filed on May 22, 2014. Pursuant to Local Rule 7.1(c), plaintiff Richard M. O'Donnell's response was due 30 days after the motion to dismiss was filed, but 30 days have passed and O'Donnell has not responded. The Court may, it its discretion, construe a party's failure to file a timely response as an admission of the merits of the motion. Local Rule 7.1(c). The Court hereby **ORDERS** O'Donnell to **SHOW CAUSE** on or before July 25, 2014, why the Court should not construe his failure to timely respond to the motion to dismiss as an admission of the merits of the motion and dismiss his claims against the United States for lack of jurisdiction and against defendants Internal Revenue Service and Social Security Administration for lack of capacity to be sued. Failure to respond in a timely manner to this order may result in dismissal of this action for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(b) and the Court's inherent authority to manage its docket. *See In re Bluestein & Co.*, 68 F.3d 1022, 1025 (7th Cir. 1995).

**IT IS SO ORDERED.**
**DATED: July 14, 2014**

                                          s/J. Phil Gilbert
                                          **J. PHIL GILBERT
                                          DISTRICT JUDGE**