UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

FILED
JUL 25 2014
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

Richard M. O'Donnell, )
)
    Plaintiff, ) Case No. 13-cv-1238-JPG-PMF
)
v. )
)
United States Of America, )
Internal Revenue Service, and )
Social Security Administration, )
)
    Defendants, )

RESPONSE TO MOTION TO DISMISS

Plaintiff's complaint is a Civil Rights Complaint. Jurisdiction is in

28 U.S.C. §§§§ 1331, 1343(a)(3), 1346(a)(1),& 1346(b)(1), 42 U.S.C. §1983

The Federal Tort Claims Act, 28 U.S.C.§ 2671 et. seq.

Plaintiff seeks the return of his own money which was taken from him by

unlawful means.

On page 2, under the heading <u>Background</u>, the unpaid tax liabilities are only

Alleged, plaintiff has never been provided with due process to challenge the

Validity of these liabilities. The levies are wrongful because the IRS has no

Authority to issue a levy to anyone that is not a government employee. (1),

Page 1.

The request is to release <u>unlawful</u> liens and levies. Under <u>Argument,</u> Sovereign immunity does not cover unlawful acts but the Federal Tort Claims Act does if they are due to negligence. None of these arguments can authorize an unlawful act or violation of Constitutional Rights.

Page 4  #2. Plaintiff earned every dollar being asked for and relief can be Granted for actual damages.

The levies were issued under IRC sec. 6331(a) and only has administrative authority for government employees. 26 U.S.C.§6331(a) is a federal statute that cannot authorize a levy for the IRS because there are no regulations in Title 26 of the Code Of Federal Regulations implementing such authority.

Page 5 #1. This is incorrect, it should be the levy issued to the SSA is not valid because plaintiff is not an employee of the SSA among other reasons. #2. Other than the SSA.  #3. The "Notice Of Levy" that was sent to the California pension fund expired when served regardless of 6331(e) and also Plaintiff is not an employee but he is also NOT a wage earner.

July 25, 2014

                                Plaintiff

*R M O Donnell*
Richard M. O'Donnell  pro se
2903 Edgewood Park
Mario, Illinois   62959
(618) 751-0808

                                                    Page 2.

# UNITED STATES DISTRICT COURT

for the

Southern District of Illinois

Richard M. O'Donnell
<u>Plaintiff(s)</u>
v.
United States of America
<u>Defendant(s)</u>
Internal Revenue Service
Social Security Administration

Case Number: 13-cv-1238-JPG-PMF

## CERTIFICATE OF SERVICE

I hereby certify that on 7-25-2014, I electronically filed Response to Motion to Dismiss with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

Kathryn Keneally, Assistant Attorney General
Tax Division, Dept. of Justice
P.O. Box 55
Washington, D.C. 20044    Email: Steven.M.Dean@usdoj.gov

and I hereby certify that on [date], I mailed by United States Postal Service, the document(s) to the following non-registered participants:

Also served by U.S.P.S.

Respectfully submitted,

RM O'Donnell

Name of Password Registrant
2903 Edgewood Park
Address
Marion, IL 62959
City, State, Zip

Phone: (618) 751-0808

Fax:(___) _____-_____

E-mail: _____@_____

Attorney bar number (if applicable)