UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

FILED
JUL 2 5 2014
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

Richard M. O'Donnell, )
)
   plaintiff )   Case No. 13-cv-1238-JPG-PMF
   v. )
)
United States Of America, )
Internal Revenue Service, and )
Social Security Administration, )
   defendants )

## RESPONSE TO ORDER TO SHOW CAUSE

Plaintiff sincerely apologizes to the Court and to Defense Counsel for not responding to defendant's motion to dismiss in a timely manner. Plaintiff did not understand the importance of participating in the process. Local Rule 7.1(c) is very clear but plaintiff managed to misinterpret it anyway. Please do not construe plaintiff's failure to respond in a timely manner as an admission of the merits of the motion to dismiss. Plaintiff is preparing a belated response for defendants. Please consider that plaintiff's claim is for the violation of his Constitutional Rights resulting from the negligence of employees of the government and because he ask only for the return of his own money,

Page 1.

sovereign immunity will not be needed for the protection of the U.S. Treasury.

Additional jurisdiction is 28 U.S.C.§ 1346 (a)(1), (b)(1)

July 24, 2014                                                                 plaintiff

*RM O'Donnell*

Richard M O'Donnell, pro se
2903 Edgewood Park
Marion, Illinois   62959

(618) 751-0808

Page 2.

# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

Richard M. O'Donnell )
_Plaintiff(s)_ )
v. ) Case Number: 13-CV-1238-JPG-PMF
United States of America, )
Internal Revenue Service, _Defendant(s)_ )
Social Security Administration )

## CERTIFICATE OF SERVICE

I hereby certify that on 7-25-2014, I electronically filed A Response to Show Cause Order with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

Kathryn Keneally, Assistant Attorney General
Tax division
P.O. Box 55
Washington, DC 20044      Email: Steven.M.Dean@usdoj.gov

and I hereby certify that on [date], I mailed by United States Postal Service, the document(s) to the following non-registered participants:

Also served by U.S.P.S.

Respectfully submitted,

R M O'Donnell  pro se
**Name of Password Registrant**
2903 Edgewood Park
**Address**
Marion, Il 62959
**City, State, Zip**

Phone: (618) 751-0808

Fax:(___) _____-_____

E-mail: _____@_____

_____
Attorney bar number (if applicable)